UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**TERRI D. BALLESTERO,**
          Plaintiff,

-vs-                                      Case No. 6:06-cv-1153-Orl-28KRS

**FAIRFIELD RESORTS, INC.,**
          Defendant.
_____

## ORDER

This case is before the Court on review of the Report and Recommendation (Doc. 99) issued by the United States Magistrate Judge regarding Plaintiff's Objections in Opposition to Defendant's Bill of Costs (Doc. 93). Although the Magistrate Judge recommends the denial of Plaintiff's objections as untimely, the Magistrate Judge also provides an analysis of the Plaintiff's objections recognizing that the Court has discretion to consider the late filed objections.

After an independent *de novo* review of the record in this matter, and the objections filed by the parties (Doc. Nos. 100, 101), the Court finds that the one day late filing of Plaintiff's objections is a slight delay that caused no prejudice to the Defendant. Accordingly, the Court exercises its discretion to consider the late filed objections and agrees with the analysis of Plaintiff's objections set forth in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    The analysis of Plaintiff's objections contained in the Report and Recommendation is **ADOPTED** and **CONFIRMED** and made a part of this Order. The Court declines to adopt the recommendation to deny Plaintiff's Objections as untimely.

2. Plaintiff's Objections in Opposition to Defendant's Bill of Costs is **GRANTED in part** and **DENIED in part.**.

3. The Bill of Costs entered at docket entry 92 is **VACATED.**

4. Costs are awarded in favor of Defendant Fairfield Resorts, Inc. and against Plaintiff Terri D. Ballestero in the amount of $10,744.17.

5. The Clerk is directed to enter a new Bill of Costs reflecting the award set forth in this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 3rd day of December, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party